[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JULY 17, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-13317

_____

D. C. Docket No. 06-20624-CV-ASG

PYCSA PANAMA, S.A.,

Plaintiff-Appellant,

versus

TENSAR EARTH TECHNOLOGIES, INC.,
a Georgia corporation,

Defendant-Appellee,

THOMAS E. SCOTT,

Special Master.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(July 17, 2009)

Before DUBINA, Chief Judge, BIRCH  and WILSON, Circuit Judges.

PER CURIAM:

This is an appeal from the district court's granting Tensar Earth Technologies, Inc.'s motion for summary judgment. After a careful review of the record, review of the parties' briefs, and having the benefit of oral argument, we affirm the summary judgment of the district court on its well-reasoned opinion of 16 April 2008 (2008 WL 1775409 (S.D. Fla.)).

AFFIRMED.